**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2014

Ms. Lynda F. Bentley
5515 LOUETTA RD., SUITE C
Houston, TX 77379

Hon. Mark Aronowitz
P. O. Box 1201
Texas City, TX 77592
* DELIVERED VIA E-MAIL *

Hon. Matthew J. Kita
Attorney at Law
P.O. Box 5119
Dallas, TX 75208
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-12-00303-CV
Tr.Ct.No. 11-01-00804-CV
Style:   JOHN RUSSELL COFFMAN v. CELESTE ELANE COFFMAN

Dear Attorneys:

    Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Stuart A. Hughes (DELIVERED VIA E-MAIL)
      359th District Court (DELIVERED VIA E-MAIL)
      Hon. Barbara Gladden Adamick, Montgomery County District Clerk
      (DELIVERED VIA E-MAIL)
      Hon. Olen Underwood, Presiding Judge, Second Administrative Judicial Region
      (DELIVERED VIA E-MAIL)